167 A.3d 1286

IN THE MATTER OF RICHARD M. ROBERTS, AN ATTORNEY
AT LAW (ATTORNEY NO. 261581971)

September 11, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–261, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **RICHARD M. ROBERTS**, formerly of **BLOOMFIELD**, who was admitted to the bar of this State in 1971 and who has been suspended from practice since November 24, 2015, should be suspended from the practice of law for a period of three years for violating *RPC* 1.15(a)(failure to safeguard client funds), *RPC* 1.15(b)(failure to properly disburse client funds), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), *RPC* 5.3(a), (b), and (c)(failure to supervise a non-attorney employee), *RPC* 5.5(a)(unauthorized practice of law), *RPC* 8.1(b)(failure to cooperate with ethics authorities), and *RPC* 8.4(d)(failure to comply with *Rule* 1:20–20), and good cause appearing;

It is ORDERED that **RICHARD M. ROBERTS** is suspended from the practice of law for a period of three years and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(d); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.